UNITED STATES DISTRICT COURT
DISTRICT OF DISTRICT OF COLUMBIA

ICON INTERNATIONAL, INC.         :
107 Elm Street                   :
Four Stamford Plaza              :
Stamford, CT 06902,              :
                                 :
            Plaintiff,           :
V.                               :
                                 :   Case No. _____
DAVID A. STEINBERG,              :
ANDREW ZEINFELD and              :
KENNETH D. SCHWARZ               :
c/o InPhonic, Inc.               :
1010 Wisconsin Avenue, NW, Suite 600  :
Washington, DC 20007             :
                                 :
            Defendants.          :

## RULE 7.1 DISCLOSURE STATEMENT

Plaintiff, Icon International, Inc., by its undersigned counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states that Icon International, Inc. has no parents, subsidiaries or affiliates which have any outstanding securities in the hands of the public. Icon International, Inc. is a wholly-owned subsidiary of Icon Holding Corp., a Connecticut corporation with a principal place of business at 107 Elm Street, Four Stamford Plaza, Stamford, CT 06902. Icon Holding Corp. is a privately-held company.

Dated: December 31, 2007

Respectfully submitted,

THE PLAINTIFF,
ICON INTERNATIONAL, INC.

By _____
Haig V. Kalbian [D.C. Bar # 400976]
Aaron W. Knights [D.C. Bar # 489555]
KALBIAN HAGERTY, L.L.P.
888 17th Street, N.W., Suite 1000
Washington, D.C. 20006
hkalbian@kalbianhagerty.com
aknights@kalbianhagerty.com
T: (202) 223-5600
F: (202) 223-6625

Of Counsel:   Thomas W. Witherington
Scott D. Rosen
COHN, BIRNBAUM & SHEA P.C.
100 Pearl Street
Hartford, CT 06103
Phone: (860) 493-2200
Fax: (860) 727-0361