## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ICON INTERNATIONAL, INC. | ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | Civ. No. 1:07-cv-02342 |
| DAVID A. STEINBERG ANDREW ZEINFELD and KENNETH D. SCHWARZ | ) ) ) ) |  |
| Defendants. | ) ) ) |  |

### STIPULATION AND ORDER EXTENDING TIME TO
### ANSWER, MOVE, OR OTHERWISE RESPOND

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the respective parties hereto, that Defendants David A. Steinberg and Kenneth D. Schwarz shall have until and including February 28, 2008 to answer, move, or otherwise respond to the Complaint in the above-captioned action.

Respectfully submitted,

/s/ Jennifer W. Feinberg
Ty Cobb (D.C. Bar # 270736)
Jennifer W. Feinberg (D.C. Bar # 482788)
HOGAN & HARTSON LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
Email: tcobb@hhlaw.com
Email: jwfeinberg@hhlaw.com

*Attorneys for Defendant, David A. Steinberg**

/s/  David W. Goewey  
David. W. Goewey (D.C. Bar # 414257)  
Venable LLP  
575 7th Street, NW  
Washington, DC 20004  
Telephone: (202) 344-4853  
Facsimile: (202) 344-8300  
Email: dwgoewey@venable.com  

*Attorney for Defendant, Kenneth D. Schwarz**


/s/  Aaron W. Knights  
Haig V. Kalbian (D.C. Bar # 400976)  
Aaron W. Knights (D.C. Bar # 489555)  
KALBIAN HAGERTY L.L.P.  
888 17th Street, NW  
Suite 1000  
Washington, DC 20006  
Phone: (202) 223-5600  
Fax: (202) 223-6625  
Email: hkalbian@kalbianhagerty.com  
Email: aknights@kalbianhagerty.com  

*Attorneys for Plaintiff, Icon International, Inc.*

*At this time, Ty Cobb, Jennifer W. Feinberg, and David W. Goewey are entering their appearances only for purposes of this Stipulation concerning an extension of time to answer or otherwise respond to the Complaint.

Dated:  January 25, 2008


**SO ORDERED** this ___ day of _____, 2008.

_____  
Hon. Richard W. Roberts  
United States District Judge