IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ICON INTERNATIONAL, INC. )<br>)<br>)<br>Plaintiff, )<br>V. )<br>)<br>DAVID A. STEINBERG, )<br>ANDREW ZEINFELD and )<br>KENNETH D. SCHWARZ )<br>)<br>)<br>Defendants. )<br>) | Case No. 07CV02342<br>Judge: Richard W. Roberts |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to LCvR 83.2(d) of the Federal Rules governing Admission, Haig V. Kalbian, a member of the bar of this Court, hereby moves for the admission *pro hac vice* of **Thomas W. Witherington**. In support of the motion, I state as follows:

1. I am a partner with the law firm of Kalbian Hagerty LLP, whose office is located at 888 17th Street, N.W., Washington, D.C. 20006.

2. I am a member in good standing of the bars of the District of Columbia, the Commonwealth of Virginia, and I am inactive in the State of Pennsylvania. I was also admitted to practice before the District of Columbia Court of Appeals in August 2001 and the Supreme Court of Virginia in September 1991.

3. For this motion, I rely on the Declaration of **Thomas W. Witherington**, attached hereto as **Exhibit A**, in which Mr. Witherington affirms that: (A) he is an attorney with the law firm of Cohn Birnbaum & Shea P.C., 100 Pearl Street, Hartford, CT 06103; (B) he is a member in good standing of bars of the highest state courts in the following jurisdiction: Connecticut; (C) there have been no disciplinary actions filed against Mr. Witherington in any jurisdiction nor is

he aware of any threatened action; and (D) he has been retained by Plaintiff, Icon International, Inc. as counsel to represent his interests in the case captioned above.

4. Mr. Witherington is also admitted to practice in the following courts: U.S. Court of Appeals for the Second Circuit, U.S. District Court for the District of Connecticut, U.S. District Court for the Southern District of New York, and U.S. District Court for the Eastern District of New York.

5. Mr. Witherington is not a member of the District of Columbia bar.

6. I certify that Mr. Witherington is an attorney of good moral character.

7. Mr. Witherington has not previously appeared before this Court.

WHEREFORE, I respectfully request that the Court enter an order admitting Thomas W. Witherington *pro hac vice* as counsel for Plaintiff, Icon International, Inc. and permitting Mr. Witherington to appear on Plaintiff, Icon International Inc.'s behalf for all purposes in the matter captioned above, including but not limited to appearing on behalf of Plaintiff, Icon International, Inc. to argue any and all motions and hearings in this matter and any other matters before this Court related to the case captioned above.

Dated: February 12, 2008

Respectfully submitted,

THE PLAINTIFF,
ICON INTERNATIONAL, INC.

By: /S/ Haig V. Kalbian
_____
Haig V. Kalbian [D.C. Bar 400976]
Aaron W. Knights [D.C. Bar 489555]
KALBIAN HAGERTY LLP
888 17th Street, N.W., Suite 1000
Washington, D.C. 20006
hkalbian@kalbianhagerty.com
aknights@kalbianhagerty.com
Tel: (202) 223-5600
Fax:(202) 223-6625

TO:

Ty Cobb, Esq.
Jennifer W. Feinberg, Esq.
HOGAN & HARTSON LLP
555 13th Street, N.W.
Washington, D.C. 20004
*Attorneys for Defendant, David A. Steinberg*

David W. Goewey, Esq.
VENABLE LLP
575 7th Street, N.W.
Washington, D.C. 20004
*Attorney for Defendant, Kenneth D. Schwarz*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of February, 2008, a true and correct copy of the foregoing Motion for Admission Pro Hac Vice, Declaration, and proposed Order, were served via first class mail, postage prepaid, upon the following:

Ty Cobb, Esq.
Jennifer W. Feinberg, Esq.
HOGAN & HARTSON LLP
555 13th Street, N.W.
Washington, D.C. 20004
*Attorneys for Defendant, David A. Steinberg*

David W. Goewey, Esq.
VENABLE LLP
575 7th Street, N.W.
Washington, D.C. 20004
*Attorney for Defendant, Kenneth D. Schwarz*

/S/ Haig V. Kalbian
_____
Haig V. Kalbian

| | |
|---|---|
| ICON INTERNATIONAL, INC. )<br>)<br>)<br>Plaintiff, )<br>V. )<br>)<br>DAVID A. STEINBERG, )<br>ANDREW ZEINFELD and )<br>KENNETH D. SCHWARZ )<br>)<br>)<br>Defendants. )<br>) | Case No. 07CV02342<br>Judge: Richard W. Roberts |

### ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* of Thomas W. Witherington ("Motion"), and there being no opposition thereto, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Thomas W. Witherington shall be and hereby is admitted *pro hac vice* as counsel for Plaintiff, Icon International, Inc.; and it is further

ORDERED that Thomas W. Witherington is permitted to appear on behalf of Plaintiff, Icon International, Inc. for all purposes in this case and any other matters before this Court related to this case.

SO ORDERED.

This ____ day of _____ 2008.

_____
Judge, United States District Court
District of Columbia

With copies to:

    Ty Cobb, Esq.
    Jennifer W. Feinberg, Esq.
    HOGAN & HARTSON LLP
    555 13th Street, N.W.
    Washington, D.C. 20004
    Tel: (202) 637-5600
    Fax:(202) 637-5910

    *Attorneys for Defendant, David A. Steinberg*

    -and-

    David W. Goewey, Esq.
    VENABLE LLP
    575 7th Street, N.W.
    Washington, D.C. 20004
    Tel: (202) 344-4853
    Fax:(202) 344-8300

    *Attorney for Defendant, Kenneth D. Schwarz*

# EXHIBIT A

```
ICON INTERNATIONAL, INC.        )
                                )
              Plaintiff,        )
                                )
V.                              )
                                )   Case No. 07CV02342
DAVID A. STEINBERG,             )   Judge: Richard W. Roberts
ANDREW ZEINFELD and             )
KENNETH D. SCHWARZ              )
                                )
              Defendants.       )
                                )
```

## DECLARATION OF THOMAS W. WITHERINGTON

I, Thomas W. Witherington, declare under penalty of perjury:

A. I make this Declaration upon first hand, personal knowledge.

B. I am over twenty-one years of age and am competent to testify to the matters contained herein.

C. I am an attorney with the law firm of Cohn Birnbaum & Shea P.C., 100 Pearl Street, Hartford, CT 06103, telephone: (860) 493-2200.

D. I received a Juris Doctor from the University of Connecticut School of Law in 1982.

E. I am not a member of the District of Columbia Bar.

F. I am a member in good standing of the bar of the State of Connecticut.

G. I am also admitted to the bars of the following courts: U.S. Court of Appeals for the Second Circuit, U.S. District Court for the District of Connecticut, U.S. District Court for the Southern District of New York, and U.S. District Court for the Eastern District of New York.

H. I have not previously appeared or been admitted *pro hac vice* before this Court.

I. There are no disciplinary proceedings against me pending in any court or bar association in any jurisdiction.

J. Plaintiff, Icon International, Inc. has retained me to represent his interests in the above-captioned case and any other related proceedings that may arise in connection with the case.

**FURTHER DECLARANT SAYETH NOT.**

I declare under penalty of perjury that to the best of my knowledge, information and belief the foregoing statements are true and correct.

February 12, 2008

Thomas W. Witherington
Cohn Birnbaum & Shea P.C.
100 Pearl Street – 12th Floor
Hartford, CT 06103
Telephone: (860)493-2200
Facsimile: (860)727-0361
E-mail: twitherington@cb-shea.com