# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ICON INTERNATIONAL, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 1:07-cv-02342 |
| DAVID A. STEINBERG ANDREW ZEINFELD and KENNETH D. SCHWARZ | ) ) ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION AND ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the respective parties hereto, that Defendant Andrew Zeinfeld shall have through and including February 28, 2008 to answer, move, or otherwise respond to the Complaint in the above-captioned action.

Respectfully submitted,

February 13, 2008

/s/ David W. Goewey
David W. Goewey  (D.C. Bar # 414257)
Mara B. Zusman  (D.C. Bar #491833)
Venable LLP
575 7th Street, NW
Washington, DC  20004
Telephone:  (202) 344-4000
Facsimile:  (202) 344-8300
Email:  dwgoewey@venable.com
Email:  mbzusman@venable.com

*Attorneys for Defendant Andrew Zeinfeld**

/s/ Aaron W. Knights
Haig V. Kalbian (D.C. Bar # 400976)
Aaron W. Knights (D.C. Bar #489555)
KALBIAN HAGERTY LLP
888 17th Street, NW
Suite 1000
Washington, DC  20006
Telephone:  (202) 223-5600
Facsimile:  (202) 223-6625
Email:  hkalbian@kalbianhagerty.com
Email:  aknights@kalbianhagerty.com

*Attorneys for Plaintiff, Icon International, Inc.*

*\* At this time, David W. Goewey and Mara B. Zusman are entering their appearances on behalf of Defendant Zeinfeld only for purposes of this Stipulation concerning an extension of time to answer or otherwise respond to the Complaint.*

**SO ORDERED** this ___ day of _____, 2008.

_____

Hon. Richard W. Roberts
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the *Stipulation and Order Extending Time to Answer, Move, or Otherwise Respond* was sent via electronic case filing to the following counsel on this 13th day of February, 2008:

Haig V. Kalbian, Esq.
Aaron W. Knights, Esq.
KALBIAN HAGERTY LLP
888 17th Street, NW
Suite 1000
Washington, DC  20006

*Attorneys for Plaintiff, Icon International, Inc.*

Ty Cobb, Esq.
Jennifer W. Feinberg, Esq.
HOGAN & HARTSON LLP
555 Thirteenth Street, NW
Washington, DC  20004

*Attorneys for Defendant David A. Steinberg\**

/s/ Mara B. Zusman
Mara B. Zusman

\*  Mr. Cobb and Ms. Feinberg entered their appearance on January 25, 2008 for the limited purpose of filing a Stipulation concerning an extension of time to answer or otherwise respond to the Complaint.