| | |
|---|---|
| ICON INTERNATIONAL, INC.           )<br>                                                            )<br>                                                            )<br>           Plaintiff,                            )<br>                                                            )<br>V.                                                       )<br>                                                            )<br>DAVID A. STEINBERG,              )<br>ANDREW ZEINFELD and         )<br>KENNETH D. SCHWARZ          )<br>                                                            )<br>                                                            )<br>           Defendants.                      )<br>                                                            ) | Case No. 07CV02342<br>Judge: Richard W. Roberts |

## SUPPLEMENT TO THE DECLARATION OF THOMAS W. WITHERINGTON IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE[1]

I, Thomas W. Witherington, declare under penalty of perjury:

I. There have never been nor are there any disciplinary proceedings against me in any court or bar association in any jurisdiction.

**FURTHER DECLARANT SAYETH NOT.**

I declare under penalty of perjury that to the best of my knowledge, information and belief the foregoing statement is true and correct.

February 20, 2008

_____
Thomas W. Witherington
Cohn Birnbaum & Shea P.C.
100 Pearl Street – 12th Floor
Hartford, CT 06103
Telephone: (860) 493-2200
Facsimile: (860) 727-0361
E-mail: twitherington@cb-shea.com

---

[1] This Supplement is being filed in response to this Court's Order dated February 19, 2008.

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of February, 2008, a true and correct copy of the foregoing Supplement to the Declaration of Thomas W. Witherington in Support of Motion for Admission Pro Hac Vice, was served via first class mail, postage prepaid, upon the following:

Ty Cobb, Esq.
Jennifer W. Feinberg, Esq.
HOGAN & HARTSON LLP
555 13th Street, N.W.
Washington, D.C. 20004
*Attorneys for Defendant, David A. Steinberg*

David W. Goewey, Esq.
VENABLE LLP
575 7th Street, N.W.
Washington, D.C. 20004
*Attorney for Defendant, Kenneth D. Schwarz*

/S/ Haig V. Kalbian

_____
Haig V. Kalbian