IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ICON INTERNATIONAL, INC.,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**DAVID A. STEINBERG,**<br>**ANDREW ZEINFELD, and**<br>**KENNETH D. SCHWARZ,**<br><br>    **Defendants.** | Civil No. 07-cv-02342 (RWR) |

**STIPULATION AND ORDER EXTENDING TIME TO**
**ANSWER, MOVE, OR OTHERWISE RESPOND**

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the respective parties hereto, as follows:

1. WHEREAS on November 8, 2007, SN Liquidation, Inc., et al., formerly known as InPhonic, Inc., ("Debtors"), filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware ("Delaware Bankruptcy Court");

2. WHEREAS on December 31, 2007, Icon International Inc. ("Icon") filed this Action ("the D.C. Icon Action"), which alleges four causes of action allegedly resulting from pre-petition actions undertaken while Defendants David A. Steinberg, Andrew Zeinfeld, and Kenneth D. Schwarz ("Defendants") were employed as officers and directors of the Debtors, formerly known as InPhonic, Inc.;

3. WHEREAS on February 15, 2008, the Debtors filed a Motion for Preliminary Injunction and a Complaint for Declaratory and Injunctive Relief in the Delaware Bankruptcy Court. Through the Motion, the Debtors seek a preliminary injunction enjoining Icon from

#933909/DC2

continuing or prosecuting the Icon Action in this U.S. District Court.  Through the Delaware Complaint filed February 15, 2008, the Debtors also seek a declaratory judgment and a permanent injunction staying, restraining, and enjoining Icon's prosecution or continuation of the D.C. Icon Action;

4. WHEREAS it is anticipated that the Delaware Bankruptcy Court will address Debtors' Complaint and Motion for Preliminary Injunction with dispatch;

WHEREFORE the parties hereby stipulate that Defendants in the D.C. Icon Action shall answer, move, or otherwise respond to the Complaint in this action within 14 days following the entry of a dispositive order or ruling by the Delaware Bankruptcy Court on the Debtors' Motion for Preliminary Injunction now pending in the case styled, *In re: SN Liquidation, Inc. et al.*, Case No. 07-11666 (KG), jointly administered with *SN Liquidation, Inc. et al. v. Icon International, Inc.*, Adv. Pro. No. 08-50288 (KG).

Date:   February 22, 2008                Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ David W. Goewey*
　　　　　　　　　　　　　　　　　　　　　　　　　　David W. Goewey (D.C. Bar No. 414257)
　　　　　　　　　　　　　　　　　　　　　　　　　　Mara B. Zusman  (D.C. Bar No. 491833)
　　　　　　　　　　　　　　　　　　　　　　　　　　VENABLE LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　575 7th Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20004
　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 344-4853
　　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (202) 344-8300
　　　　　　　　　　　　　　　　　　　　　　　　　　Email:  dwgoewey@venable.com
　　　　　　　　　　　　　　　　　　　　　　　　　　Email:  mbzusman@venable.com

　　　　　　　　　　　　　　　　　　　　　　　　　　***Counsel for Defendants***
　　　　　　　　　　　　　　　　　　　　　　　　　　***Andrew Zeinfeld and Kenneth D. Schwarz***

| | |
|---|---|
| Date: <u>February 22, 2008</u> | <u>      /s/ Ty Cobb      </u><br>Ty Cobb (D.C. Bar No. 270736)<br>Jennifer W. Feinberg (D.C. Bar No. 482788)<br>HOGAN & HARTSON LLP<br>555 Thirteenth Street, N.W.<br>Washington, D.C.  20004<br>Telephone:  (202) 637-5600<br>Facsimile:  (202) 637-5910<br>Email:  tcobb@hhlaw.com<br>Email:  jwfeinberg@hhlaw.com<br><br>***Counsel for Defendant***<br>***David A. Steinberg*** |
| Date: <u>February 22, 2008</u> | <u>      /s/ Aaron W. Knights      </u><br>Haig V. Kalbian (D.C. Bar # 400976)<br>Aaron W. Knights (D.C. Bar #489555)<br>KALBIAN HAGERTY LLP<br>888 17th Street, N.W., Suite 1000<br>Washington, D.C.  20006<br>Telephone:  (202) 223-5600<br>Facsimile:  (202) 223-6625<br>Email:  hkalbian@kalbianhagerty.com<br>Email:  aknights@kalbianhagerty.com<br><br>and<br><br>Thomas W. Witherington (*admitted pro hac vice*)<br>COHN BIRNBAUM & SHEA P.C.<br>100 Pearl Street, 12th Floor<br>Hartford, CT  06103<br>Telephone:  (860) 493-2200<br>Facsimile:  (860) 727-0361<br>Email:  twitherington@cb-shea.com<br><br>***Counsel for Plaintiff***<br>***Icon International, Inc.*** |

**SO ORDERED** this _____ day of _____, 2008.

_____
Honorable Richard W. Roberts
United States District Judge