**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ICON INTERNATIONAL, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 1:07-cv-02342 |
| DAVID A. STEINBERG ANDREW ZEINFELD and KENNETH D. SCHWARZ | ) ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's March 4, 2008 Order, Plaintiff Icon International, Inc. ("Icon") and Defendants David Steinberg, Andrew Zeinfeld, and Kenneth Schwarz ("Defendants") (collectively, "the Parties") hereby submit a joint status report.

On February 22, 2008, the Parties filed a stipulation stating that the Defendants in the instant litigation shall answer, move, or otherwise respond to the Complaint within 14 days following the entry of a dispositive order or ruling by the United States Bankruptcy Court for the District of Delaware ("the Bankruptcy Court") on the Motion for Preliminary Injunction filed on February 15, 2008, by SN Liquidation, Inc., et al., formerly known as InPhonic, Inc. ("Debtors") in the case styled, *In re: SN Liquidation, Inc. et al.*, Case No. 07-11666 (KG), jointly administered with *SN Liquidation, Inc. et al. v. Icon International, Inc.*, Adv. Pro. No. 08-50288 (KG).

On March 4, 2008, this Court ordered that, in light of the Parties' Stipulation, the Parties should file a joint status report by April 4, 2008.

#943484/DC2

On March 24, 2008, Icon filed its Opposition to Debtors' Motion for Preliminary Injunction in the Delaware bankruptcy case. Debtors' reply brief was originally due March 31, 2008; however, Debtors have now requested a one-week extension of time to file their reply brief.

To date, the Bankruptcy Court has not entered a dispositive order or ruling on the Debtor's Motion for Preliminary Injunction. The parties to the instant action anticipate filing a Second Joint Status Report following a ruling on the Fed. R. Civ. P. 65 motion now pending in the Bankruptcy Court.

Respectfully submitted,

April 4, 2008

/s/  Aaron W. Knights
Haig V. Kalbian (D.C. Bar # 400976)
Aaron W. Knights (D.C. Bar #489555)
KALBIAN HAGERTY LLP
888 17th Street, NW, Suite 1000
Washington, DC  20006
Telephone:  (202) 223-5600
Facsimile:  (202) 223-6625
Email:  hkalbian@kalbianhagerty.com
Email:  aknights@kalbianhagerty.com

*Attorneys for Plaintiff*
*Icon International, Inc.*

April 4, 2008

/s/  David W. Goewey
David W. Goewey  (D.C. Bar # 414257)
Mara B. Zusman  (D.C. Bar #491833)
Venable LLP
575 7th Street, NW
Washington, DC  20004
Telephone:  (202) 344-4000
Facsimile:  (202) 344-8300
Email:  dwgoewey@venable.com
Email:  mbzusman@venable.com

*Attorneys for Defendants*
*Andrew Zeinfeld and Kenneth D. Schwarz*

-3-

<u>April 4, 2008</u>                    <u>/s/  *Ty Cobb*                                    </u>
Ty Cobb  (D.C. Bar #270736)
Jennifer W. Feinberg  (D.C. Bar #482788)
HOGAN & HARTSON LLP
555 Thirteenth Street, NW
Washington, DC  20004
Telephone:  (202) 637-5600
Facsimile:  (202) 637-5910
Email:  tcobb@hhlaw.com
Email:  jwfeinberg@hhlaw.com

*Attorneys for Defendant*
*David A. Steinberg*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of April 2008, a true and correct copy of the foregoing *Joint Status Report* was served by the Court's ECF filing system on the following:

>Haig V. Kalbian, Esquire
>Aaron W. Knights, Esquire
>KALBIAN HAGERTY LLP
>888 17th Street, NW
>Suite 1000
>Washington, DC  20006
>
>*Attorneys for Plaintiff, Icon International, Inc.*
>
>
>Ty Cobb, Esquire
>Jennifer W. Feinberg, Esquire
>HOGAN & HARTSON LLP
>555 Thirteenth Street, NW
>Washington, DC  20004
>
>*Attorneys for Defendant David A. Steinberg*

>/s/  *Mara B. Zusman*
>Mara B. Zusman