**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ICON INTERNATIONAL, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civ. No. 1:07-cv-02342 |
| | ) |
| DAVID A. STEINBERG | ) |
| ANDREW ZEINFELD and | ) |
| KENNETH D. SCHWARZ | ) |
| | ) |
| Defendants. | ) |

**SECOND JOINT STATUS REPORT**

Pursuant to the Court's April 10, 2008 Order, Plaintiff Icon International, Inc. ("Icon") and Defendants David Steinberg, Andrew Zeinfeld, and Kenneth Schwarz ("Defendants") (collectively, "the Parties") hereby submit this second joint status report.

On February 22, 2008, the Parties filed a stipulation stating that the Defendants in the instant litigation shall answer, move, or otherwise respond to the Complaint within 14 days following the entry of a dispositive order or ruling by the United States Bankruptcy Court for the District of Delaware ("the Bankruptcy Court") on the Motion for Preliminary Injunction filed on February 15, 2008, by SN Liquidation, Inc., et al., formerly known as InPhonic, Inc. ("Debtors") in the case styled, *In re: SN Liquidation, Inc. et al.*, Case No. 07-11666 (KG), jointly administered with *SN Liquidation, Inc. et al. v. Icon International, Inc.*, Adv. Pro. No. 08-50288 (KG).

On March 4, 2008, this Court ordered that, in light of the Parties' Stipulation, the Parties should file a joint status report by April 4, 2008. The Parties did so. On April 10, 2008, the Court ordered that the parties shall submit a second joint status report by May 5, 2008.

To date, the Bankruptcy Court has not entered a dispositive order or ruling on the Debtor's Motion for Preliminary Injunction. The Bankruptcy Court has scheduled oral argument on Debtor's Motion for Preliminary Injunction to be held on May 8, 2008.

The parties to the instant action anticipate filing a Third Joint Status Report following a ruling on the Fed.R.Civ.P. 65 motion now pending in the Bankruptcy Court.

Respectfully submitted,

May 5, 2008

/s/ *Aaron W. Knights*
Haig V. Kalbian (D.C. Bar # 400976)
Aaron W. Knights (D.C. Bar # 489555)
KALBIAN HAGERTY LLP
888 17th Street, NW, Suite 1000
Washington, DC 20006
Telephone: (202) 223-5600
Facsimile: (202) 223-6625
Email: hkalbian@kalbianhagerty.com
Email: aknights@kalbianhagerty.com

*Attorneys for Plaintiff*
*Icon International, Inc.*

May 5, 2008

/s/ *David W. Goewey*
David W. Goewey (D.C. Bar # 414257)
Mara B. Zusman (D.C. Bar # 491833)
Venable LLP
575 7th Street, NW
Washington, DC 20004
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
Email: dwgoewey@venable.com
Email: mbzusman@venable.com

*Attorneys for Defendants*
*Andrew Zeinfeld and Kenneth D. Schwarz*

May 5, 2008                          /s/  *Ty Cobb*
                                     Ty Cobb  (D.C. Bar # 270736)
                                     Jennifer W. Feinberg  (D.C. Bar # 482788)
                                     HOGAN & HARTSON LLP
                                     555 Thirteenth Street, NW
                                     Washington, DC  20004
                                     Telephone:  (202) 637-5600
                                     Facsimile:  (202) 637-5910
                                     Email:  tcobb@hhlaw.com
                                     Email:  jwfeinberg@hhlaw.com

                                     *Attorneys for Defendant*
                                     *David A. Steinberg*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this 5th day of May 2008, a true and correct copy of the

foregoing *Second Joint Status Report* and *[Proposed] Order* was served by the Court's ECF

filing system on the following:


Haig V. Kalbian, Esquire
Aaron W. Knights, Esquire
KALBIAN HAGERTY LLP
888 17th Street, NW
Suite 1000
Washington, DC  20006

*Attorneys for Plaintiff*
*Icon International, Inc.*



Ty Cobb, Esquire
Jennifer W. Feinberg, Esquire
HOGAN & HARTSON LLP
555 Thirteenth Street, NW
Washington, DC  20004

*Attorneys for Defendant*
*David A. Steinberg*



/s/  *Mara B. Zusman*
Mara B. Zusman

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                               )

ICON INTERNATIONAL, INC.     )

                               )

          Plaintiff,        )

                               )

v.                               )     Civ. No. 1:07-cv-02342

                               )

DAVID A. STEINBERG        )

ANDREW ZEINFELD and      )

KENNETH D. SCHWARZ       )

                               )

          Defendants.     )

_____)

## [PROPOSED] ORDER

It is hereby ORDERED that the parties be, and hereby are, directed to file a third joint status report and proposed order on or before June 2, 2008.

_____
Judge Richard W. Roberts