IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ICON INTERNATIONAL, INC.<br><br>Plaintiff,<br><br>v.<br><br>DAVID A. STEINBERG<br>ANDREW ZEINFELD and<br>KENNETH D. SCHWARZ<br><br>Defendants. | Civ. No. 1:07-cv-02342 |

## THIRD JOINT STATUS REPORT

Pursuant to the Court's May 19, 2008 Order, Plaintiff Icon International, Inc. ("Icon") and Defendants David Steinberg, Andrew Zeinfeld, and Kenneth Schwarz ("Defendants") (collectively, "the Parties") hereby submit this third joint status report.

On February 22, 2008, the Parties filed a stipulation stating that the Defendants in the instant litigation shall answer, move, or otherwise respond to the Complaint within 14 days following the entry of a dispositive order or ruling by the United States Bankruptcy Court for the District of Delaware ("the Bankruptcy Court") on the Motion for Preliminary Injunction filed on February 15, 2008, by SN Liquidation, Inc., et al., formerly known as InPhonic, Inc. ("Debtors") in the case styled, *In re: SN Liquidation, Inc. et al.*, Case No. 07-11666 (KG), jointly administered with *SN Liquidation, Inc. et al. v. Icon International, Inc.*, Adv. Pro. No. 08-50288 (KG).

On March 4, 2008, this Court ordered that, in light of the Parties' Stipulation, the Parties should file a joint status report by April 4, 2008. The Parties did so. On April 10, 2008, the Court ordered that the parties submit a second joint status report by May 5, 2008. The Parties

#948076/DC2

did so. On May 19, 2008, the Court ordered that the parties shall submit a third joint status report by June 2, 2008.

The Bankruptcy Court held oral argument on Debtor's Motion for Preliminary Injunction on May 8, 2008. Following the oral argument, the Bankruptcy Court issued a Minute Entry stating that the judge would issue a written opinion on the Debtor's Motion for Preliminary Injunction. To date, the Bankruptcy Court has not issued a written opinion.

The parties to the instant action anticipate filing a Fourth Joint Status Report following the issuance of the Bankruptcy Court judge's written ruling.

                        Respectfully submitted,

June 2, 2008

/s/ *Aaron W. Knights*
Haig V. Kalbian (D.C. Bar # 400976)
Aaron W. Knights (D.C. Bar # 489555)
KALBIAN HAGERTY LLP
888 17th Street, NW, Suite 1000
Washington, DC 20006
Telephone: (202) 223-5600
Facsimile: (202) 223-6625
Email: hkalbian@kalbianhagerty.com
Email: aknights@kalbianhagerty.com

*Attorneys for Plaintiff*
*Icon International, Inc.*

June 2, 2008

/s/ *David W. Goewey*
David W. Goewey (D.C. Bar # 414257)
Mara B. Zusman (D.C. Bar # 491833)
Venable LLP
575 7th Street, NW
Washington, DC 20004
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
Email: dwgoewey@venable.com
Email: mbzusman@venable.com

*Attorneys for Defendants*
*Andrew Zeinfeld and Kenneth D. Schwarz*

June 2, 2008

/s/  *Ty Cobb*
Ty Cobb  (D.C. Bar # 270736)
Jennifer W. Feinberg  (D.C. Bar # 482788)
HOGAN & HARTSON LLP
555 Thirteenth Street, NW
Washington, DC  20004
Telephone:  (202) 637-5600
Facsimile:  (202) 637-5910
Email:  tcobb@hhlaw.com
Email:  jwfeinberg@hhlaw.com

*Attorneys for Defendant*
*David A. Steinberg*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of June 2008, a true and correct copy of the foregoing *Third Joint Status Report* and *[Proposed] Order* was served by the Court's ECF filing system on the following:

>Haig V. Kalbian, Esquire
>Aaron W. Knights, Esquire
>KALBIAN HAGERTY LLP
>888 17th Street, NW
>Suite 1000
>Washington, DC 20006
>
>*Attorneys for Plaintiff*
>*Icon International, Inc.*
>
>
>Ty Cobb, Esquire
>Jennifer W. Feinberg, Esquire
>HOGAN & HARTSON LLP
>555 Thirteenth Street, NW
>Washington, DC 20004
>
>*Attorneys for Defendant*
>*David A. Steinberg*

>/s/ Mara B. Zusman
>Mara B. Zusman

#948076/DC2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ICON INTERNATIONAL, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 1:07-cv-02342 |
| ) | |
| DAVID A. STEINBERG ) | |
| ANDREW ZEINFELD and ) | |
| KENNETH D. SCHWARZ ) | |
| ) | |
| Defendants. ) | |

### [PROPOSED] ORDER

It is hereby ORDERED that the parties be, and hereby are, directed to file a third joint status report and proposed order on or before July 7, 2008.

_____
Judge Richard W. Roberts

#948076/DC2