IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ICON INTERNATIONAL, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID A. STEINBERG ) <br> ANDREW ZEINFELD and ) <br> KENNETH D. SCHWARZ ) <br> ) <br> Defendants. ) | **APPEARANCE** <br><br> Civ. No. 1:07-cv-02342 |

To the Clerk of this court and all parties of record:

    Please enter the appearance of Mara B. Zusman as counsel in the case for:

ICON INTERNATIONAL, INC. v. STEINBERG et al.


June 2, 2008

D.C. Bar # 491833

/s/ Mara B. Zusman
Mara B. Zusman
Venable LLP
575 7th Street, NW
Washington, DC 20004
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
Email: mbzusman@venable.com

*Attorneys for Defendants*
*Andrew Zeinfeld and Kenneth D. Schwarz*

#959817DC2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of June 2008, a true and correct copy of the foregoing *Appearance* was served by the Court's ECF filing system on the following:

Haig V. Kalbian, Esquire
Aaron W. Knights, Esquire
KALBIAN HAGERTY LLP
888 17th Street, NW
Suite 1000
Washington, DC 20006

*Attorneys for Plaintiff*
*Icon International, Inc.*


Ty Cobb, Esquire
Jennifer W. Feinberg, Esquire
HOGAN & HARTSON LLP
555 Thirteenth Street, NW
Washington, DC 20004

*Attorneys for Defendant*
*David A. Steinberg*


/s/ *Mara B. Zusman*
Mara B. Zusman

#959817DC2