IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ICON INTERNATIONAL, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVID A. STEINBERG )<br>ANDREW ZEINFELD and )<br>KENNETH D. SCHWARZ )<br>)<br>Defendants. )<br>) | Civ. No. 1:07-cv-02342 |

## FOURTH JOINT STATUS REPORT

Plaintiff Icon International, Inc. ("Icon") and Defendants David Steinberg, Andrew Zeinfeld, and Kenneth Schwarz ("Defendants") (collectively, "the Parties") hereby submit this fourth joint status report.

On February 22, 2008, the Parties filed a stipulation stating that the Defendants in the instant litigation shall answer, move, or otherwise respond to the Complaint within 14 days following the entry of a dispositive order or ruling by the United States Bankruptcy Court for the District of Delaware ("the Bankruptcy Court") on the Motion for Preliminary Injunction filed on February 15, 2008, by SN Liquidation, Inc., et al., formerly known as InPhonic, Inc. ("Debtors") in the case styled, *In re: SN Liquidation, Inc. et al.*, Case No. 07-11666 (KG), jointly administered with *SN Liquidation, Inc. et al. v. Icon International, Inc.*, Adv. Pro. No. 08-50288 (KG).

On March 4, 2008, this Court ordered that, in light of the Parties' Stipulation, the Parties should file a joint status report by April 4, 2008. The Parties did so. On April 10, 2008, the

Court ordered that the parties submit a second joint status report by May 5, 2008. The Parties did so.

On May 8, 2008, the Bankruptcy Court held oral argument on Debtor's Motion for Preliminary Injunction. Following the oral argument, the Bankruptcy Court issued a Minute Entry stating that the judge would issue a written opinion on the Debtor's Motion for Preliminary Injunction.

On May 19, 2008, the Court ordered that the parties shall submit a third joint status report by June 2, 2008. The Parties did so.

On June 2, 2008, after the Parties filed their Third Joint Status Report, the Bankruptcy Court granted the Debtors' Motion for a Preliminary Injunction. The Bankruptcy Court scheduled a status conference for July 15, 2008, at which the Debtors will report on their plan for addressing the Icon Action.

The Court already has ordered the parties to file a joint status report on July 7, 2008. In light of the status conference scheduled by the Bankruptcy Court for July 15, 2008, the parties to the instant action request that the Court extend the date for the parties to file the next joint status report to July 18, 2008.

Respectfully submitted,

June 6, 2008

/s/ *Aaron W. Knights*
Haig V. Kalbian (D.C. Bar # 400976)
Aaron W. Knights (D.C. Bar # 489555)
KALBIAN HAGERTY LLP
888 17th Street, NW, Suite 1000
Washington, DC 20006
Telephone: (202) 223-5600
Facsimile: (202) 223-6625
Email: hkalbian@kalbianhagerty.com
Email: aknights@kalbianhagerty.com

*Attorneys for Plaintiff*
*Icon International, Inc.*

June 6, 2008                                   /s/ *David W. Goewey*
                                               David W. Goewey  (D.C. Bar # 414257)
                                               Mara B. Zusman  (D.C. Bar # 491833)
                                               Venable LLP
                                               575 7th Street, NW
                                               Washington, DC  20004
                                               Telephone:  (202) 344-4000
                                               Facsimile:  (202) 344-8300
                                               Email:  dwgoewey@venable.com
                                               Email:  mbzusman@venable.com

                                               *Attorneys for Defendants*
                                               *Andrew Zeinfeld and Kenneth D. Schwarz*

<div style="display: flex; justify-content: space-between;">

<u>June 6 2008</u>

/s/ *Ty Cobb*
Ty Cobb  (D.C. Bar # 270736)
Jennifer W. Feinberg  (D.C. Bar # 482788)
HOGAN & HARTSON LLP
555 Thirteenth Street, NW
Washington, DC  20004
Telephone:  (202) 637-5600
Facsimile:  (202) 637-5910
Email:  tcobb@hhlaw.com
Email:  jwfeinberg@hhlaw.com

*Attorneys for Defendant
David A. Steinberg*

</div>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of June 2008, a true and correct copy of the foregoing *Fourth Joint Status Report* and *[Proposed] Order* was served by the Court's ECF filing system on the following:

Haig V. Kalbian, Esquire
Aaron W. Knights, Esquire
KALBIAN HAGERTY LLP
888 17th Street, NW
Suite 1000
Washington, DC  20006

*Attorneys for Plaintiff*
*Icon International, Inc.*


Ty Cobb, Esquire
Jennifer W. Feinberg, Esquire
HOGAN & HARTSON LLP
555 Thirteenth Street, NW
Washington, DC  20004

*Attorneys for Defendant*
*David A. Steinberg*


/s/ *Mara B. Zusman*
Mara B. Zusman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ICON INTERNATIONAL, INC.<br><br>Plaintiff,<br><br>v.<br><br>DAVID A. STEINBERG<br>ANDREW ZEINFELD and<br>KENNETH D. SCHWARZ<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 1:07-cv-02342<br>)<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER

It is hereby ORDERED that

(1)    The Court's previous Order that the parties file a joint status report and proposed order on or before July 7, 2008 is vacated, and

(2)    The Parties shall file a joint status report and proposed order on or before July 18, 2008.

_____
Judge Richard W. Roberts