IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ICON INTERNATIONAL, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 1:07-cv-02342 |
| ) | |
| DAVID A. STEINBERG ) | |
| ANDREW ZEINFELD and ) | |
| KENNETH D. SCHWARZ ) | |
| ) | |
| Defendants. ) | |

## FIFTH JOINT STATUS REPORT

Plaintiff Icon International, Inc. ("Icon") and Defendants David Steinberg, Andrew Zeinfeld, and Kenneth Schwarz ("Defendants") (collectively, "the Parties") hereby submit this fifth joint status report.

On February 22, 2008, the Parties filed a stipulation stating that the Defendants in the instant litigation shall answer, move, or otherwise respond to the Complaint within 14 days following the entry of a dispositive order or ruling by the United States Bankruptcy Court for the District of Delaware ("the Bankruptcy Court") on the Motion for Preliminary Injunction filed on February 15, 2008, by SN Liquidation, Inc., et al., formerly known as InPhonic, Inc. ("Debtors") in the case styled, *In re: SN Liquidation, Inc. et al.*, Case No. 07-11666 (KG), jointly administered with *SN Liquidation, Inc. et al. v. Icon International, Inc.*, Adv. Pro. No. 08-50288 (KG).

On March 4, 2008, this Court ordered that, in light of the Parties' Stipulation, the Parties should file a joint status report by April 4, 2008. The Parties did so. On April 10, 2008, the

Court ordered that the parties submit a second joint status report by May 5, 2008. The Parties did so.

On May 8, 2008, the Bankruptcy Court held oral argument on Debtor's Motion for Preliminary Injunction. Following the oral argument, the Bankruptcy Court issued a Minute Entry stating that the judge would issue a written opinion on the Debtor's Motion for Preliminary Injunction.

On May 19, 2008, the Court ordered that the parties shall submit a third joint status report by June 2, 2008. The Parties did so, and the Court ordered the parties to file another joint status report on July 7, 2008.

On June 2, 2008, after the Parties filed their Third Joint Status Report, the Bankruptcy Court granted the Debtors' Motion for a Preliminary Injunction. The Bankruptcy Court scheduled a status conference for July 15, 2008, at which the Debtors will report on their plan for addressing the Icon Action.

On June 6, the Parties requested that the Court extend the date for the parties to file the next joint status report to July 18, 2008. The Court did so.

On July 15, the Bankruptcy Court held the scheduled status conference. At this conference, the Bankruptcy Court determined that the stay of the Icon Action will remain in place. The next Bankruptcy Court hearing is scheduled for August 20. The Parties agree that they will continue to monitor the litigation in the Bankruptcy Court and request that the Court

require the Parties to file another joint status report on or about September 2.

                                                  Respectfully submitted,

July 18, 2008                          /s/ Aaron W. Knights
                                      Haig V. Kalbian (D.C. Bar # 400976)
                                      Aaron W. Knights (D.C. Bar # 489555)
                                      KALBIAN HAGERTY LLP
                                      888 17th Street, NW, Suite 1000
                                      Washington, DC  20006
                                      Telephone: (202) 223-5600
                                      Facsimile: (202) 223-6625
                                      Email: hkalbian@kalbianhagerty.com
                                      Email: aknights@kalbianhagerty.com

                                      *Attorneys for Plaintiff*
                                      *Icon International, Inc.*


July 18, 2008                          /s/ David W. Goewey
                                      David W. Goewey (D.C. Bar # 414257)
                                      Mara B. Zusman (D.C. Bar # 491833)
                                      Venable LLP
                                      575 7th Street, NW
                                      Washington, DC  20004
                                      Telephone: (202) 344-4000
                                      Facsimile: (202) 344-8300
                                      Email: dwgoewey@venable.com
                                      Email: mbzusman@venable.com

                                      *Attorneys for Defendants*
                                      *Andrew Zeinfeld and Kenneth D. Schwarz*

<table>
<tr><td>July 18, 2008</td><td>/s/ Ty Cobb<br>Ty Cobb  (D.C. Bar # 270736)<br>Jennifer W. Feinberg  (D.C. Bar # 482788)<br>HOGAN & HARTSON LLP<br>555 Thirteenth Street, NW<br>Washington, DC  20004<br>Telephone:  (202) 637-5600<br>Facsimile:  (202) 637-5910<br>Email:  tcobb@hhlaw.com<br>Email:  jwfeinberg@hhlaw.com<br><br>*Attorneys for Defendant*<br>*David A. Steinberg*</td></tr>
</table>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of July 2008, a true and correct copy of the foregoing *Fith Joint Status Report* and *[Proposed] Order* was served by the Court's ECF filing system on the following:

> Haig V. Kalbian, Esquire
> Aaron W. Knights, Esquire
> KALBIAN HAGERTY LLP
> 888 17th Street, NW
> Suite 1000
> Washington, DC 20006
>
> *Attorneys for Plaintiff*
> *Icon International, Inc.*
>
>
> Ty Cobb, Esquire
> Jennifer W. Feinberg, Esquire
> HOGAN & HARTSON LLP
> 555 Thirteenth Street, NW
> Washington, DC 20004
>
> *Attorneys for Defendant*
> *David A. Steinberg*

>                    /s/ Mara B. Zusman
>                    Mara B. Zusman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| ICON INTERNATIONAL, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 1:07-cv-02342 |
| ) | |
| DAVID A. STEINBERG ) | |
| ANDREW ZEINFELD and ) | |
| KENNETH D. SCHWARZ ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER

It is hereby ORDERED that

(1)   The Parties shall file a joint status report and proposed order within 14 days of the confirmation of the bankruptcy/liquidation plan of SN Liquidation, Inc., et al., formerly known as InPhonic, Inc.

_____
Judge Richard W. Roberts