**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
ICON INTERNATIONAL, INC.               )
                                                    )
               Plaintiff,                          )
                                                    )
v.                                                  )        Civ. No. 1:07-cv-02342
                                                    )
DAVID A. STEINBERG                      )
ANDREW ZEINFELD and                   )
KENNETH D. SCHWARZ                   )
                                                    )
               Defendants.                       )
_____)

**SIXTH JOINT STATUS REPORT**

Plaintiff Icon International, Inc. ("Icon") and Defendants David Steinberg, Andrew Zeinfeld, and Kenneth Schwarz ("Defendants") (collectively, "the Parties") hereby submit this sixth joint status report.

On February 22, 2008, the Parties filed a stipulation stating that the Defendants in the instant litigation shall answer, move, or otherwise respond to the Complaint within 14 days following the entry of a dispositive order or ruling by the United States Bankruptcy Court for the District of Delaware ("the Bankruptcy Court") on the Motion for Preliminary Injunction filed on February 15, 2008, by SN Liquidation, Inc., et al., formerly known as InPhonic, Inc. ("Debtors") in the case styled, *In re: SN Liquidation, Inc. et al.*, Case No. 07-11666 (KG), jointly administered with *SN Liquidation, Inc. et al. v. Icon International, Inc.*, Adv. Pro. No. 08-50288 (KG).

On March 4, 2008, this Court ordered that, in light of the Parties' Stipulation, the Parties should file a joint status report by April 4, 2008. The Parties did so. On April 10, 2008, the

Court ordered that the parties submit a second joint status report by May 5, 2008.  The Parties did so.

On May 8, 2008, the Bankruptcy Court held oral argument on Debtor's Motion for Preliminary Injunction.  Following the oral argument, the Bankruptcy Court issued a Minute Entry stating that the judge would issue a written opinion on the Debtor's Motion for Preliminary Injunction.

On May 19, 2008, the Court ordered that the parties shall submit a third joint status report by June 2, 2008.  The Parties did so, and the Court ordered the parties to file another joint status report on July 7, 2008.

On June 2, 2008, after the Parties filed their Third Joint Status Report, the Bankruptcy Court granted the Debtors' Motion for a Preliminary Injunction.  The Bankruptcy Court scheduled a status conference for July 15, 2008, at which the Debtors reported on their plan for addressing the Icon Action.

On June 6, the Parties requested that the Court extend the date for the parties to file the next joint status report to July 18, 2008.  The Court did so.  On July 15, the Bankruptcy Court held the scheduled status conference.  At this conference, the Bankruptcy Court determined that the stay of the Icon Action will remain in place.   The next Bankruptcy Court hearing was scheduled for August 20.

On July 18, the Parties filed a fifth joint status report in which they agreed that they would continue to monitor the litigation in the Bankruptcy Court and requested that the Court require the Parties to file another joint status report on or about September 2.  The Court did so.

On August 6, Icon withdrew its Motion to Amend and/or Make Additional Findings of Fact and Conclusions of Law and for New Trial filed in the Bankruptcy Court on June 12, 2008.

At this time, Debtor's Bankruptcy plan has been filed and a confirmation hearing is scheduled before the Delaware Bankruptcy Court on October 14, 2008.  The Parties therefore request that the Court set October 21, 2008, as the date by which the Parties must file their next joint status report.

Respectfully submitted,

September 2, 2008                    /s/ Aaron W. Knights
                                     Haig V. Kalbian (D.C. Bar # 400976)
                                     Aaron W. Knights (D.C. Bar # 489555)
                                     KALBIAN HAGERTY LLP
                                     888 17th Street, NW, Suite 1000
                                     Washington, DC  20006
                                     Telephone:  (202) 223-5600
                                     Facsimile:  (202) 223-6625
                                     Email:  hkalbian@kalbianhagerty.com
                                     Email:  aknights@kalbianhagerty.com

                                     *Attorneys for Plaintiff*
                                     *Icon International, Inc.*

September 2, 2008                         /s/ David W. Goewey

David W. Goewey  (D.C. Bar # 414257)
Mara B. Zusman  (D.C. Bar # 491833)
Venable LLP
575 7th Street, NW
Washington, DC  20004
Telephone:  (202) 344-4000
Facsimile:  (202) 344-8300
Email:  dwgoewey@venable.com
Email:  mbzusman@venable.com

*Attorneys for Defendants*
*Andrew Zeinfeld and Kenneth D. Schwarz*


September 2, 2008                         /s/ Ty Cobb

Ty Cobb  (D.C. Bar # 270736)
Jennifer W. Feinberg  (D.C. Bar # 482788)
HOGAN & HARTSON LLP
555 Thirteenth Street, NW
Washington, DC  20004
Telephone:  (202) 637-5600
Facsimile:  (202) 637-5910
Email:  tcobb@hhlaw.com
Email:  jwfeinberg@hhlaw.com

*Attorneys for Defendant*
*David A. Steinberg*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
ICON INTERNATIONAL, INC.                )
                                                    )
            Plaintiff,                          )
                                                    )
v.                                                  )        Civ. No. 1:07-cv-02342
                                                    )
DAVID A. STEINBERG                      )
ANDREW ZEINFELD and                  )
KENNETH D. SCHWARZ                  )
                                                    )
            Defendants.                       )
_____)

**[PROPOSED] ORDER**

It is hereby ORDERED that

(1)        The Parties shall file a joint status report and proposed order on or before

October 21, 2008.


                                    _____
                                    Judge Richard W. Roberts

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of September 2008, a true and correct copy of

the foregoing *Sixth Joint Status Report* and *[Proposed] Order* was served by the Court's ECF

filing system on the following:

> Haig V. Kalbian, Esquire
> Aaron W. Knights, Esquire
> KALBIAN HAGERTY LLP
> 888 17th Street, NW
> Suite 1000
> Washington, DC  20006
>
> *Attorneys for Plaintiff*
> *Icon International, Inc.*
>
>
> David Goewey, Esquire
> Mara B. Zusman, Esquire
> VENABLE LLP
> 575 7th Street, NW
> Washington, DC  20004
>
> *Attorneys for Defendants*
> *Andrew Zeinfeld and Kenneth D. Schwarz*
>
>
>
> /s/ *Jennifer W. Feinberg*
> Jennifer W. Feinberg

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
ICON INTERNATIONAL, INC.                             )
                                                    )
          Plaintiff,                                 )
                                                    )
v.                                                   )      Civ. No. 1:07-cv-02342
                                                    )
DAVID A. STEINBERG                                   )
ANDREW ZEINFELD and                                  )
KENNETH D. SCHWARZ                                   )
                                                    )
          Defendants.                                )
_____)

**SIXTH JOINT STATUS REPORT**

          Plaintiff Icon International, Inc. ("Icon") and Defendants David Steinberg, Andrew

Zeinfeld, and Kenneth Schwarz ("Defendants") (collectively, "the Parties") hereby submit this

sixth joint status report.

          On February 22, 2008, the Parties filed a stipulation stating that the Defendants in the

instant litigation shall answer, move, or otherwise respond to the Complaint within 14 days

following the entry of a dispositive order or ruling by the United States Bankruptcy Court for the

District of Delaware ("the Bankruptcy Court") on the Motion for Preliminary Injunction filed on

February 15, 2008, by SN Liquidation, Inc., et al., formerly known as InPhonic, Inc. ("Debtors")

in the case styled, *In re: SN Liquidation, Inc. et al.*, Case No. 07-11666 (KG), jointly

administered with *SN Liquidation, Inc. et al. v. Icon International, Inc.*, Adv. Pro. No. 08-50288

(KG).

          On March 4, 2008, this Court ordered that, in light of the Parties' Stipulation, the Parties

should file a joint status report by April 4, 2008.  The Parties did so.  On April 10, 2008, the

Court ordered that the parties submit a second joint status report by May 5, 2008.  The Parties did so.

On May 8, 2008, the Bankruptcy Court held oral argument on Debtor's Motion for Preliminary Injunction.  Following the oral argument, the Bankruptcy Court issued a Minute Entry stating that the judge would issue a written opinion on the Debtor's Motion for Preliminary Injunction.

On May 19, 2008, the Court ordered that the parties shall submit a third joint status report by June 2, 2008.  The Parties did so, and the Court ordered the parties to file another joint status report on July 7, 2008.

On June 2, 2008, after the Parties filed their Third Joint Status Report, the Bankruptcy Court granted the Debtors' Motion for a Preliminary Injunction.  The Bankruptcy Court scheduled a status conference for July 15, 2008, at which the Debtors reported on their plan for addressing the Icon Action.

On June 6, the Parties requested that the Court extend the date for the parties to file the next joint status report to July 18, 2008.  The Court did so.  On July 15, the Bankruptcy Court held the scheduled status conference.  At this conference, the Bankruptcy Court determined that the stay of the Icon Action will remain in place.   The next Bankruptcy Court hearing was scheduled for August 20.

On July 18, the Parties filed a fifth joint status report in which they agreed that they would continue to monitor the litigation in the Bankruptcy Court and requested that the Court require the Parties to file another joint status report on or about September 2.  The Court did so.

On August 6, Icon withdrew its Motion to Amend and/or Make Additional Findings of Fact and Conclusions of Law and for New Trial filed in the Bankruptcy Court on June 12, 2008.

At this time, Debtor's Bankruptcy plan has been filed and a confirmation hearing is scheduled before the Delaware Bankruptcy Court on October 14, 2008.  The Parties therefore request that the Court set October 21, 2008, as the date by which the Parties must file their next joint status report.

Respectfully submitted,


September 2, 2008                          /s/ Aaron W. Knights
                                          Haig V. Kalbian (D.C. Bar # 400976)
                                          Aaron W. Knights (D.C. Bar # 489555)
                                          KALBIAN HAGERTY LLP
                                          888 17th Street, NW, Suite 1000
                                          Washington, DC  20006
                                          Telephone:  (202) 223-5600
                                          Facsimile:  (202) 223-6625
                                          Email:  hkalbian@kalbianhagerty.com
                                          Email:  aknights@kalbianhagerty.com

                                          *Attorneys for Plaintiff*
                                          *Icon International, Inc.*

September 2, 2008                    /s/ David W. Goewey
                                     David W. Goewey  (D.C. Bar # 414257)
                                     Mara B. Zusman  (D.C. Bar # 491833)
                                     Venable LLP
                                     575 7th Street, NW
                                     Washington, DC  20004
                                     Telephone:  (202) 344-4000
                                     Facsimile:  (202) 344-8300
                                     Email:  dwgoewey@venable.com
                                     Email:  mbzusman@venable.com

                                     *Attorneys for Defendants*
                                     *Andrew Zeinfeld and Kenneth D. Schwarz*


September 2, 2008                    /s/ Ty Cobb
                                     Ty Cobb  (D.C. Bar # 270736)
                                     Jennifer W. Feinberg  (D.C. Bar # 482788)
                                     HOGAN & HARTSON LLP
                                     555 Thirteenth Street, NW
                                     Washington, DC  20004
                                     Telephone:  (202) 637-5600
                                     Facsimile:  (202) 637-5910
                                     Email:  tcobb@hhlaw.com
                                     Email:  jwfeinberg@hhlaw.com

                                     *Attorneys for Defendant*
                                     *David A. Steinberg*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                    )
ICON INTERNATIONAL, INC.            )
                                    )
       Plaintiff,              )
                                    )
v.                                  )    Civ. No. 1:07-cv-02342
                                    )
DAVID A. STEINBERG                  )
ANDREW ZEINFELD and                 )
KENNETH D. SCHWARZ                  )
                                    )
      Defendants.            )
_____)

## [PROPOSED] ORDER

It is hereby ORDERED that

(1)      The Parties shall file a joint status report and proposed order on or before

October 21, 2008.


_____
Judge Richard W. Roberts

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of September 2008, a true and correct copy of

the foregoing *Sixth Joint Status Report* and *[Proposed] Order* was served by the Court's ECF

filing system on the following:

> Haig V. Kalbian, Esquire
> Aaron W. Knights, Esquire
> KALBIAN HAGERTY LLP
> 888 17th Street, NW
> Suite 1000
> Washington, DC  20006
>
> *Attorneys for Plaintiff*
> *Icon International, Inc.*

> David Goewey, Esquire
> Mara B. Zusman, Esquire
> VENABLE LLP
> 575 7th Street, NW
> Washington, DC  20004
>
> *Attorneys for Defendants*
> *Andrew Zeinfeld and Kenneth D. Schwarz*

> /s/ *Jennifer W. Feinberg*
> Jennifer W. Feinberg